United States Bankruptcy Court
District of Massachusetts

In re:                                                                                    Case No. 21-40830-cjp
David Scott Missle                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: 309A | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Scott Missle, 1 Richmond Lane, Framingham, MA 01701-2869 |
| aty | + | Richard L. Blumenthal, Law Offices of Richard L. Blumenthal, 343 Washington Street, Suite 200, Newton, MA 02458-1595 |
| 20646486 | + | A&M Promotions, 518 Hancock Street, Quincy, MA 02170-1921 |
| 20646489 | | Brad Rambo & Assoc, 13 Northbound Street, Fullerton, CA 92835 |
| 20646490 | + | Broder Bros., Six Neshaminy Interplex, Sixth Floor, Feasterville Trevose, PA 19053-6964 |
| 20646494 | + | Cohn & Dussi,LLC, 68 Harrison Ave, Suite 502, Attn: John Dussi, Boston, MA 02111-1929 |
| 20646496 | + | Cohn & Dussi,LLC, 68 Harrison Ave, Suite 502, Attn: Lewis Jason Cohn, Boston, MA 02111-1929 |
| 20646495 | + | Cohn & Dussi,LLC, 68 Harrison Ave, Suite 502, Attn: Russell Haverty, Boston, MA 02111-1929 |
| 20646497 | + | Cohn & Dussi,LLC, 68 Harrison Ave, Suite 502, Attn: Steven Sroczynski, Boston, MA 02111-1929 |
| 20646498 | + | Commonwealth Of Massachusetts, C/O Douglas Cannon, Esq., Middlesex District Attorney, 15 Commonwealth Ave, Woburn, MA 01801-5195 |
| 20646499 | + | Commonwealth of Massachusetts, c/o Andrew Ineson, Esq., Middlesex District Attorney, 15 Commonwealth Ave, Woburn, MA 01801-5195 |
| 20646502 | + | Duane Morris LLP, 100 High Street, Suite 2400, Attn Gregory Bombard, Boston, MA 02110-1724 |
| 20646503 | + | Duane Morris LLP, 100 High Street, Suite 2400, Attn: Bryan Harrison, Boston, MA 02110-1724 |
| 20646505 | + | Eva Tees, Inc., 16 Applegate Drive, Robbinsville, NJ 08691-2342 |
| 20646507 | + | Gildan Activewear, 1980 Clements Ferry Road, Charleston, SC 29492-7723 |
| 20646510 | + | JPpmcb Card, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 20646509 | + | John O. Postl, 21 Mayor Thomas J. McGrath Highway, Suite 404, Quincy, MA 02169-5351 |
| 20646512 | + | Kream and Kream, 536 Broad St, Suite 5, Atttn Mark Seitsinger, East Weymouth, MA 02189-1395 |
| 20646511 | + | Kream and Kream, PO Box 890117, Attn Richard Omar, East Weymouth, MA 02189-0002 |
| 20646514 | + | Lion's Law P. C., 460 Tiotten Pond Rd., Suite 410, Attn : Yi Ke, Waltham, MA 02451-1942 |
| 20646513 | + | Lion's Law P. C., 460 Totten Pond Rd., Suite 410, Attn : Connie Dai, Waltham, MA 02451-1942 |
| 20646515 | + | MutualOne Bank, 828 Concord st, Framingham, MA 01701-4695 |
| 20646516 | + | Naga, 36 Saner Road, Marlborough, CT 06447-1409 |
| 20646517 | | Nicholas Wasson, Esq., Suttell & Hammer, P.O. Box C90006, Bellevue, WA 98009 |
| 20646519 | + | PIRS Capital, LLC, 40 Exchange place, New York, NY 10005-2701 |
| 20646518 | + | Paul S. Kaufman, Esq., 482 Broadway, Somerville, MA 02145-2608 |
| 20646520 | + | Randall Pratt, One Cate St, Portsmouth, NH 03801-7129 |
| 20646523 | + | Salisbury Sales, Inc, 214 N. Main Street, Natick, MA 01760-1131 |
| 20646525 | + | Stanley Helinski, 11 Parker Rd, Wellesley, MA 02482-2204 |
| 20646526 | + | TBon/Milestone, Genesis FS card, Attention: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 20646527 | + | Tekweld Solutions, Inc., 45 Rabro Drive, Hauppauge, NY 11788-4260 |
| 20646528 | + | Timothy Kendrick Cutler, Cutler and Wilensky LLP, 460 Totten Pond Road, Suite 410, Waltham, MA 02451-1942 |
| 20646529 | + | Timothy McKivergan, Esq., 610 Opperman Drive, Eagan, MN 55123-1340 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBALDIGA.COM | Nov 09 2021 03:53:00 | Joseph H. Baldiga, Mirick, O'Connell, DeMallie & Lougee, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| smg | + | Email/Text: duabankruptcy@detma.org | Nov 08 2021 23:04:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD |

Case 21-40830 Doc 6 Filed 11/10/21 Entered 11/11/21 00:25:21 Desc Imaged
Certificate of Notice Page 2 of 6

| District/off: 0101-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: 309A | Total Noticed: 51 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | | EDI: MASSDOR | Nov 09 2021 03:53:00 | STREET,1ST FLOOR, Boston, MA 02114-2502 MASS DEPT OF REVENUE, BANKRUPTCY UNIT, PO BOX 9564, Boston, MA 02114-9564 |
| ust | + | Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Nov 08 2021 23:04:25 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |
| 20646487 | + | EDI: AMEREXPR.COM | Nov 09 2021 03:53:00 | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 20646488 | | EDI: BANKAMER.COM | Nov 09 2021 03:53:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 20646492 | + | EDI: PHINGENESIS | Nov 09 2021 03:53:00 | CB Indigo/GF, Genesis Credit, Attention: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 20646491 | + | EDI: CAPITALONE.COM | Nov 09 2021 03:53:00 | Capital One Bank USA, Attention: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 20646493 | + | EDI: CITICORP.COM | Nov 09 2021 03:53:00 | CitiBank,NA, PO Box 790034, Saint Louis, MO 63179-0034 |
| 20646500 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2021 23:17:56 | Credit One Bank, Attention: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 20646501 | + | EDI: DISCOVER.COM | Nov 09 2021 03:53:00 | Discover Financial Svcs LLC, Attn Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 20646504 | + | Email/Text: Bankruptcies@elavon.com | Nov 08 2021 23:04:00 | Elavon, Inc, 2 Concourse Pkwy, Atlanta, GA 30328-5371 |
| 20646506 | + | EDI: PHINGENESIS | Nov 09 2021 03:53:00 | Feb Destiny/GF, Genesis FS card, Attention: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 20646508 | + | EDI: IIC9.COM | Nov 09 2021 03:53:00 | IC Systems , Inc., PO BOX 64378, Attention: Bankruptcy, Saint Paul, MN 55164-0378 |
| 20646521 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 23:17:56 | Resurgent Capital Services, Attention: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 20646522 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 23:17:55 | Resurgent Capital Services, Attention: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 20646530 | | EDI: TFSR.COM | Nov 09 2021 03:53:00 | Toyota Financial Services, Attention: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 20646531 | + | EDI: TFSR.COM | Nov 09 2021 03:53:00 | Toyota Financial Services, Attention: Bankruptcy, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20646524 | *+ | Salisbury Sales, Inc., 214 N. Main Street, Natick, MA 01760-1131 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0101-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: 309A | Total Noticed: 51 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021          Signature:      /s/Joseph Speetjens

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **David Scott Missle**<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–9374<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Massachusetts | Date case filed for chapter:    7    11/5/21 |
| Case number: | 21–40830 | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

<u>**Do not file this notice with any proof of claim or other document in the case.**</u> Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Scott Missle | |
| 2. | **All other names used in the last 8 years** | aka David S. Missle, aka David Missle | |
| 3. | **Address** | 1 Richmond Lane<br>Framingham, MA 01701 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard L. Blumenthal<br>Law Offices of Richard L. Blumenthal<br>343 Washington Street<br>Suite 200<br>Newton, MA 02458 | Contact phone (617) 527–1150<br>Email:<br>RBLUMENTHAL@SILVERMANKUDISCH.COM |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph H. Baldiga<br>Mirick, O'Connell, DeMallie & Lougee<br>1800 West Park Drive<br>Suite 400<br>Westborough, MA 01581–3926 | Contact phone 508–898–1501<br>Email: jbaldiga@mirickoconnell.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors)    **Notice of Chapter 7 Bankruptcy Case**    page 1

Debtor  **David Scott Missle**                                                                                  Case number **21–40830 –cjp**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608 | Hours open: Monday–Friday 8:30am–5:00pm<br><br>Contact phone 508–770–8900<br><br>Date: 11/6/21 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**The dial–in number and participant code for the telephonic section 341 meeting of creditors will be posted to the docket within 14 days prior to the meeting. You may also contact the trustee for dial–in information.** | **December 15, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**The meeting will be held TELEPHONICALLY** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than the deadlines listed.** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/14/22** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| **11.** | **Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                            page **2**

Debtor **David Scott Missle** Case number **21–40830 –cjp**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at  www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |